COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Eduardo Cruz Ramirez v. The State of Texas

Appellate case number:   01-12-01096-CR

Trial court case number:  1793517

Trial court:             County Criminal Court at Law No. 1 of Harris County

Defendant's Exhibit 2, a compact disc containing an audio recording of a 9-1-1 call, was admitted into evidence at trial in the above case.  This Court, acting *sua sponte,* orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original of Defendant's Exhibit 2, a compact disc containing an audio recording of a 9-1-1 call, to this Court.  The Clerk of this Court is directed to cooperate with the district clerk and court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* Tex. R. App P. 34.6(g)(2).

The exhibit is due in this Court no later than June 28, 2013.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                         Acting individually


Date: June 20, 2013